

# Fourth Court of Appeals
## San Antonio, Texas

May 30, 2014

No. 04-14-00302-CR

Arturo Neri **PRADO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4217
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Response is hereby GRANTED. The Appellant's response is due June 17, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court